IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:24-cv-00152-KDB-SCR

| ENTERPRISE FM TRUST, | |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| RMCDJR, LLC *et al.*, | |
| Defendants. | |

Plaintiff Enterprise FM Trust ("Enterprise") moves under Federal Rule of Civil Procedure 65(a) for a preliminary injunction barring Defendants RMCDJR, LLC ("Randy Marion"), Corey Richard ("Detective Richard"), and the Town of Mooresville from further interference with Enterprise's property rights in the thirty-four 2023 RAM ProMaster 3500 High Roof Extended Cargo Vans identified in Exhibit B to the accompanying Brian Ritter Declaration. Enterprise specifically requests that Detective Richard be ordered to remove the National Crime Information Center listing identifying those Cargo Vans as stolen.

Counsel for Enterprise certifies under LCvR 7.1(b) that they have conferred with counsel for Detective Richard and the Town of Mooresville and attempted in good faith to resolve areas of disagreement. Counsel for Randy Marion has not yet entered an appearance in this case.

Dated: July 2, 2024	Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Christopher W. Jones
Christopher W. Jones
N.C. State Bar No. 27265
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Ste. 1100
Raleigh, NC 27601
Telephone: (919) 755-8173
Email:  Chris.Jones@wbd-us.com
           Sam.Hartzell@wbd-us.com

*Attorneys for Plaintiff Enterprise FM Trust*

2
Case 5:24-cv-00152-KDB-SCR   Document 6   Filed 07/02/24   Page 2 of 3

## CERTIFICATE OF FILING AND SERVICE

I certify that on July 2, 2024, I caused this document to be served on counsel for Defendants Corey Richard and the Town of Morrisville by filing it with the Court's electronic-filing system.

I further certify that on July 2, 2024, I caused this document to be served on Defendant RMCDJR, LLC by mailing it to Randall L. Marion, PO Box 1559, Mooresville, NC 28115.

Dated: July 2, 2024 /s/ Christopher W. Jones
Christopher W. Jones