IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:24-cv-00152-KDB-SCR

| | |
|---|---|
| ENTERPRISE FM TRUST,<br><br>   Plaintiff,<br><br>      v.<br><br>RMCDJR, LLC *et al.*,<br><br>   Defendants. | **PLAINTIFF'S**<br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff Enterprise FM Trust dismisses this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 29, 2024      Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Christopher W. Jones
N.C. State Bar No. 27265
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Ste. 1100
Raleigh, NC 27601
Telephone: (919) 755-8173
Email:  Chris.Jones@wbd-us.com
          Sam.Hartzell@wbd-us.com

*Attorneys for Plaintiff Enterprise FM Trust*